Richard S. Mills, Esq. (RM-0206)
John P. Cookson, Esq. (JPC-9391)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Wall Street Plaza
88 Pine Street, 24th Floor
New York, New York 10005
(212) 483.9490
*Attorneys for Defendant*
*Ambient Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| WLADYSLAW IWANCZYK (and WIFE, JADWIGA IWANCZYK), | INDEX NO.: 07CV05362 (AKH) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | **ELECTRONICALLY FILED** |
| 100 CHURCH, LLC, ET AL., | |
| Defendants. | |

COUNSELOR:

PLEASE TAKE NOTICE that Defendant, AMBIENT GROUP, INC., by its attorneys,

McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby appears in the above-entitled action, and

that the undersigned have been retained as attorneys for said defendant and demand that copies of

all papers in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
        November 2, 2007

Yours etc.,

McElroy, Deutsch, Mulvaney & Carpenter, LLP
*Attorneys for Defendant*
*Ambient Group, Inc.*


By: _____
　　　Richard S. Mills (RM-0206)
　　　John P. Cookson (JPC-9391)
　　　Wall Street Plaza
　　　88 Pine Street, 24th Floor
　　　New York, New York 10005
　　　(212) 483.9490


TO:　　Worby Groner Edelman & Napoli Bern, LLP
　　　　115 Broadway, 12th Floor
　　　　New York, New York 10006
　　　　(212) 267.3700

　　　　Gregory J. Cannata, Esq.
　　　　Robert A. Grochow, Esq.
　　　　233 Broadway, 5th Floor
　　　　New York, New York 10279
　　　　(212) 553.9206

　　　　James E. Tyrrell, Jr., Esq.
　　　　Patton Boggs LLP
　　　　One Riverfront Plaza
　　　　Newark, New Jersey 07102
　　　　(973) 848.5600

　　　　Thomas A. Egan, Esq.
　　　　Fleming Zulack Williamson Zauderer, LLP
　　　　One Liberty Plaza
　　　　New York, New York 10006-1404
　　　　(212) 412.9500