Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
COGSWELL REALTY GROUP L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

WLADYSLAW IWANCZYK (AND WIFE,          Index No.: 07-CV-05362
JADWIGA IWANCZYK),
                                       **NOTICE OF ADOPTION OF ANSWER**
                    Plaintiff(s),      **TO MASTER COMPLAINT**

       -against-                       **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                    Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, COGSWELL REALTY GROUP L.L.C., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant, COGSWELL REALTY GROUP L.L.C., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      December 7, 2007

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendant
                          COGSWELL REALTY GROUP L.L.C.

                          By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel