UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER MANHATTAN     21 MC 102 (AKH)
DISASTER SITE LITIGATION

-------------------------------------------------------------------------X

WLADYSLAW IWANCZYK AND JADWIGA     07 CV 05362
IWANCZYK,

           Plaintiffs,

-against-     NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT

100 CHURCH, LLC, et al.,

           Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE THAT defendant 233 Broadway Owners, LLC, as and for its responses to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) Adding New Defendants Not Previously Served related to the Master Complaint filed in the above-referenced action, hereby adopt its Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of In re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

To the extent that defendant's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above captioned matter, defendant denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

PLEASE TAKE FURTHER NOTICE, that defendant 233 Broadway Owners, LLC reserves the right to serve a reply to cross-claim and/or interpose a cross-claim against any and all co-defendants.

WHEREFORE, defendant 233 Broadway Owners, LLC demands judgment dismissing the above-captioned action as against it together with its costs and disbursements.

Dated:    January 25, 2008
           Melville, New York

YOURS, etc.,

_____
MARGARET HERRMANN (MH3676)
LAWRENCE, WORDEN, RAINIS & BARD, P.C.
Attorneys for Defendant 233 BROADWAY OWNERS, LLC
425 Broad Hollow Road, Suite 120
Melville NY  11747
(631) 694-0033

TO:    WORBY GONER EDELMAN & NAPOLI BERN, LLP
        Attorneys for Plaintiff
        115 Broadway, 12th Fl.
        New York NY  10006
        (212) 267-3700

        DEFENSE COUNSEL SERVED ELECTRONICALLY

**VERIFICATION OF MAILING**

    HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On January 31, 2008, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

Hon. Alvin K. Hellerstein, U.S. District Judge
U.S. District Court, Southern District of NY
United States Courthouse
500 Pearl Street, Room 1050
New York NY  10007
**COURTESY COPY**

    that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
31st day of January, 2008

_____
Notary Public

LORI A. SPITERI
Notary Public, State of New York
No. 4930338
Qualified in Suffolk County
Commission Expires June 20, 2010

3

## VERIFICATION OF MAILING

HEATHER E. ROSS, being duly sworn, deposes and says: I am over 21 years of age, not a party to the within action, and reside at Huntington, New York. On January 31, 2008, I served the annexed NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT upon the following named attorneys representing the following named respective parties of this action:

WORBY GONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Fl.
New York NY  10006
(212) 267-3700

that being the address so designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
HEATHER E. ROSS

Sworn to before me this
31st day of January, 2008

_____
Notary Public

ANNE MARIE CIULLO
Notary Public, State of New York
No. 01CI4819199
Qualified in Suffolk County
Commission Expires April 30, 2010

4