KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT CLEANING CO., INC., s/h/i/a**
**CUNNINGHAM DUCT WORK**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

---------------------------------------------------------------------x

| | |
|---|---|
| WLADYSLAW IWANCZYK and JADWIGA IWANCZYK, | DOCKET NO: 07 CV 05362 |
| Plaintiffs, | |
| -against- | |
| 100 CHURCH, LLC, 222 BROADWAY, LLC 223 BROADWAY OWNERS, LLC 4101 AUSTIN BLVD CORPORATION, 50 TRINITY, LLC 53 WATER STREET CONDOMINIUM, 59 MAIDEN LANE ASSOCIATES, LLC., 63 WALL STREET INC., 63 WALL, INC., 88 GREENWICH LLC., ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC., BLACK DIAMONDS, LLC., BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BROADWAY WEST STREET ASSOCIATES LIMITED PARTNERSHIP, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., BROWN BROTHERS HARRIMAN & CO., BT | NOTICE OF APPEARANCE |

PRIVATE CLIENTS CORP., CHASE MANHATTAN BANK
CORPORATION, COGSELL REALTY GROUP,
CROWN 61 ASSOCIATES, L.P., CROWN 61 CORP.,
CROWN BROADWAY, LLC, CROWN PROPERTIES, INC.,
CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., DEUTSCHE BANK
TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK
TRUST CORPORATION, ENVIROTECH CLEAN
AIR, INC., FGP 90 WEST STREET, INC., GENERAL
RE SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HIGHLAND
DEVELOPMENT, LLC., HILLMAN ENVIRONMENTAL
GROUP, LLC, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES, LAW ENGINEERING, P.C.,
MERRILL LYNCH & CO., INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA, L.P., NEW WATER
STREET CORP., NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY,  NEW YORK CITY
INDUSTRIAL DEVELOPMENT CORPORATION,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA, ONE WALL STREET
HOLDINGS, LLC., R Y MANAGEMENT CO., INC.
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., RY MANAGEMENT, ST. JOHN'S
UNIVERSITY, STEEPLECHASE ACQUISITIONS, LLC
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., SWISS BANK
CORPORATION, THE BANK OF NEW YORK
COMPANY, INC.,THE BANK OF NEW YORK TRUST
COMPANY, N.A., THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE NEW YORK CITY
DEPARTMENT OF EDUCATION, THE NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY,
THE ONE LIBERTY PLAZA CONDOMINIUM,
(CONDO # 1178), TISHMAN INTERIORS
CORPORATION, TOSCORP., INC., TRC
ENGINEERS, INC., TRIBECA NORTH END
LLC., TULLY CONSTRUCTION CO., INC.,

TULLY INDUSTRIES, INC., VERIZON
NEW YORK, INC., WESTON SOLUTIONS, INC.,
WFP ONE LIBERTY PLAZA CO., GP., CORP., WFP
WFP TOWER B CO., G.P., CORP., WFP TOWER B
HOLDING CO., LP.,WFP TOWER B CO., LP.,
WFP TOWER D CO., G.P., CORP., WFP TOWER
D HOLDING CO. I. L.P., WFP TOWER D
HOLDING CO., II L.P., WFP TOWER D
HOLDING I. G.P., CORP., WFP TOWER D. CO.,
L.P. WORLD FINANCIAL PROPERTIES, L.P.,
and ZAR REALTY MANAGEMENT CORP.,

                                **Defendants.**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 1, 2008

                                 Kevin G. Horbatiuk
                                 Kevin G. Horbatiuk (KGH4977)
                                 Attorneys for Defendant
                                 **CUNNINGHAM DUCT WORK s/h/i/a
                                 CUNNINGHAM DUCT CLEANING CO.,
                                 INC.**
                                 RUSSO, KEANE & TONER, LLP
                                 26 Broadway, 28th Floor
                                 New York, New York 10004
                                 (212) 482-0001
                                 RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **WLADYSLAW IWANCZYK and JADWIGA IWANCZYK**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**WLADYSLAW IWANCZYK and JADWIGA IWANCZYK**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
_____
**KEVIN G. HORBATIUK**