KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
LUIS F. MESA and MARIA MESA,                 DOCKET NO:
                                             07 CV 5303

                     Plaintiffs,

   -against-

100 CHURCH, LLC, 110 CHURCH LLC
53 PARK PLACE, LLC., 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN
DBA KASCO, AMBIENT GROUP, INC.,              NOTICE OF
ANN TAYLOR STORES CORPORATION, BATTERY       APPEARANCE
PARK CITY AUTHORITY, BELFOR USA
GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATSTOPHE, INC., D/B/A
BMS CAT, BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP., BROOKFIELD
PARTNERS, L.P., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., CUNNINGHAM DUCT CLEANING
CO., ENVIROTECH CLEAN AIR, INC., GPS
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION
SERVICES, CO., LAW ENGINEERING P.C.,
LIONSHEAD 110 DEVELOPMENTS, LLC LIONSHEAD
DEVELOPMENT LLC., MERRILL LYNCH & CO.,
INC., NOMURA HOLDING AMERICA, INC.,

NOMURA SECURITIES INTERNATIONAL, INC.,
ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., STRUCTURE TONE (UK)
INC., STRUCTURE TONE GLOBAL SERVICES,
INC., TOSCORP., INC., TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., LP., WFP
TOWER B CO., LP., and ZAR REALTY MANAGEMENT
CORP.,

                              **Defendants.**
-------------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                          **CUNNINGHAM DUCT WORK s/h/i/a**
                           **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
         February 1, 2008
                                                 <u>Kevin G. Horbatiuk</u>
                                                 Kevin G. Horbatiuk (KGH4977)
                                                 Attorneys for Defendant
                                                 **CUNNINGHAM DUCT WORK s/h/i/a**
                                                 **CUNNINGHAM DUCT CLEANING CO., INC.**
                                                 RUSSO, KEANE & TONER, LLP
                                                 26 Broadway, 28th Floor
                                                 New York, New York 10004
                                                 (212) 482-0001
                                                 RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **LUIS F. MESA and MARIA MESA**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**LUIS F. MESA and MARIA MESA**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**