UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                               :

IN RE: LOWER MANHATTAN DISASTER SITE  :     21 MC 102 (AKH)
LITIGATION  :

------------------------------------------------------------- X

WLADYSLAW IWANCZYK (AND WIFE,  :     07-CV-05362 (AKH)
JADWIGA IWANCZYK)  :

               Plaintiff,  :

-against-  :

100 CHURCH, LLC, 222 BROADWAY, LLC, 233  :     **FGP 90 WEST STREET,**
BROADWAY OWNERS, LLC, 4101 AUSTIN  :     **INC.'S NOTICE OF**
BLVD CORPORATION, 50 TRINITY, LLC, 55  :     **ADOPTION OF ANSWER TO**
WATER STREET CONDOMINIUM, 59 MAIDEN  :     **MASTER COMPLAINT**
LANE ASSOCIATES, LLC, 63 WALL STREET  :
INC, 63 WALL, INC., 88 GREENWICH LLC,  :
ALAN KASMAN DBA KASCO, AMBIENT  :
GROUP, INC., ANN TAYLOR STORES  :
CORPORATION, BANKERS TRUST COMPANY,  :
BATTERY PARK CITY AUTHORITY, BFP ONE  :
LIBERTY PLAZA CO., LLC, BLACK DIAMONDS  :
LLC, BLACKMON-MOORING-STEAMATIC  :
CATASTOPHE, INC. D/B/A BMS CAT, BOARD  :
OF MANAGERS OF THE HUDSON VIEW EAST  :
CONDOMINIUM, BROADWAY WEST STREET  :
ASSOCIATES LIMITED PARTNERSHIP,  :
BROOKFIELD FINANCIAL PROPERTIES, INC.,  :
BROOKFIELD FINANCIAL PROPERTIES, LP,  :
BROOKFIELD PARTNERS, LP, BROOKFIELD  :
PROPERTIES CORPORATION, BROOKFIELD  :
PROPERTIES HOLDINGS INC., BROWN  :
BROTHERS HARRIMAN & CO., INC., BT  :
PRIVATE CLIENTS CORP., CHASE  :
MANHATTAN BANK CORPORATION,  :
COGSWELL REALTY GROUP, CROWN 61  :
ASSOCIATES LP, CROWN 61 CORP, CROWN  :
BROADWAY, LLC, CROWN PROPERTIES, INC,  :
CUNNINGHAM DUCT CLEANING CO., INC.,  :

NEWY1\8192803.1

| | |
|---|---|
| CUSHMAN & WAKEFIELD, INC., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HIGHLAND DEVELOPMENT LLC, HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMETNAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES, LAW ENGINEERING P.C., MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW WATER STREET CORP., NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, RY MANAGEMENT, ST. JOHN'S UNIVERSITY, STEEPLECHASE ACQUISITIONS LLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE NEW YORK CITY DEPARTMENT OF EDUCATION, THENEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TISHMAN INTERIORS CORPORATION, TOSCORP INC., TRC ENGINEERS, INC., TRIBECA NORTH END, LLC, TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, VERIZON NEWYORK, INC, WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

NEWY1\8192803.1

| | |
|---|---|
| PLAZA, CO. GP, CORP., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFPTOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., WORLD FINANCIAL PROPERTIES, L.P., and ZAR REALTY MANAGEMENT CORP., ET AL, | : : : : : : : : : : |
| Defendants. | : |

-----------------------------------------------------------------  X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).  To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8192803.1

Dated: New York, New York.
February 6, 2008

By:    <u>s/ Keara M. Gordon</u>
      Keara M. Gordon (KMG 2323)
      Michael D. Hynes (MH 5086)
      DLA PIPER US LLP
      1251 Avenue of the Americas
      New York, New York 10020-1104
      Phone: (212) 335-4500
      Facsimile: (212) 335-4501

      Robert J. Mathias (*<u>pro</u> <u>hac</u> <u>vice</u>
      application pending)
      The Marbury Building
      6225 Smith Avenue
      Baltimore, MD 21209-3600
      Phone: (410) 580-3000
      Fax: (410) 580-3001

      *Attorneys for Defendant*
      *FGP 90 West Street, Inc.*